# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LINHONG LIU,

        Plaintiff,

    v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,

        Defendants.

Case No. 25-cv-2855 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, Defendants' motion to dismiss for lack of subject matter jurisdiction, ECF 10, is **GRANTED**, and as a result Plaintiff's complaint is **DISMISSED.**

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

           _____
           JIA M. COBB
           United States District Judge

Date: July 29, 2026